**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────────

**No. 23-1650**

─────────────────

In re: ANDRES TYRONE LEE MCCORMICK,

        Petitioner.

─────────────────

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:19-cr-00472-LCB-1)

─────────────────

Submitted:  September 18, 2023                    Decided:  September 27, 2023

─────────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────────

Petition denied by unpublished per curiam opinion.

─────────────────

Andres Tyrone Lee McCormick, Petitioner Pro Se.

─────────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andres Tyrone Lee McCormick petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on his motion for compassionate release. The district court's docket reveals that the court recently denied his motion for compassionate release. Because the district court has decided McCormick's case, we deny his mandamus petition as moot. *United States v. McCormick*, No. 1:19-cr-00472-LCB-1 (M.D.N.C. Aug. 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*